# MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EIN CAP, INC. and RUSSELL NAFTALI,

        Plaintiff,

v.

VAHE SHAHINIAN

        Defendants.

Case No. 20-CV-1656

---

## NOTICE OF MOTION TO DISMISS COMPLAINT

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Motion to Dismiss Complaint, the Affirmation of Adam B. Michaels, and Affidavit of Vahe Shahinian submitted herewith, as well as all papers previously submitted in these proceedings, defendant Vahe Shahinian will move this Court before the Honorable Lewis A. Kaplan at the United States Courthouse for the Southern District of New York, on a date and time to be designated by the Court, for an Order dismissing plaintiffs EIN Cap, Inc.'s and Russell Naftali's Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6).

Dated: March 13, 2020

Motion granted to the extent the complaint is dismissed for lack of personal jurisdiction. The Clerk shall enter judgment and close the case.
SO ORDERED.

Dated: April 13, 2020

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge

Respectfully submitted,

**HAND BALDACHIN & ASSOCIATES LLP**

By: /s/ Adam B. Michaels
Adam B. Michaels
8 West 40th Street, 12th Floor
New York, NY 10018
Tel: (212) 956-9508
Fax: (212) 376-6080
amichaels@hballp.com

*Counsel for defendant Vahe Shahinian*