**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

EIN CAO, INC., and RUSSELL NAFTALI

                Plaintiffs,

    -against-                      20 **CIVIL** 1656 (LAK)

# JUDGMENT

VAHE SHAHINIAN,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated April 13, 2020, motion granted to the extent the complaint is dismissed for lack of personal jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

      April 14, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                          Clerk of Court
                                    **BY:**
                                                          Deputy Clerk